| | |
|---|---|
| **DANIEL A. CROLEY, (SBN 154386)**<br>Futterman Dupree Dodd Croley Maier LLP<br>180 Sansome Street, 17th Floor<br>San Francisco, California 94104<br>Telephone:  (415) 399-3840<br>Facsimile:  (415) 399-3838<br>dcroley@fddcm.com<br><br>Attorneys for Defendants<br>Pho Huynh Hiep I, Inc. (a dissolved entity); Pho Huynh Hiep II, Inc.; Pho Huynh Hiep III, Inc; Pho Huynh Hiep 4, Inc.; Pho Huynh Hiep V, Inc.; Pho Huynh Hiep 6, Inc.; Sen Huynh; Lieu Thi Tran; Phong Hoang Huynh; and Kevin Son Hoang Huynh | **TOMAS E. MARGAIN, Bar No. 193555**<br>**HUY TRAN, Bar No. 288196**<br>**BETTY DUONG, Bar No. 276134**<br>Justice at Work Law Group<br>84 West Santa Clara Street, Suite 790<br>San Jose, CA 95113<br>Telephone: (408) 317-1100<br>Facsimile: (408) 351-0105<br>Tomas@JAWLawGroup.com<br>Huy@JAWLawGroup.com<br>Betty@JAWLawGroup.com<br><br>Attorneys for Plaintiffs<br>TAM THANH CAO, CHINH THI NGUYEN, XIA KIM HUYNH, VAN MINH NGUYEN, PHAT VAN LAM, and LAN THI NGUYEN<br>For the Proposed Class |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TAM THANH CAO, CHINH THI NGUYEN, XIA KIM HUYNH, and VAN MINH NGUYEN, PHAT VAN LAM and LAN THI NGUYEN, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>PHO HUYNH HIEP I, INC.; PHO HUYNH HIEP II, INC.; PHO HUYNH HIEP III, INC.; PHO HUYNH HIEP 4, INC.; PHO HUYNH HIEP V, INC.; PHO HUYNH HIEP 6, INC.; SEN HUYNH; LIEU THI TRAN; PHONG HOANG HUYNH; and KEVIN SON HOANG HUYNH<br><br>          Defendants. | Case No. 16-CV-03011 JCS<br><br>ASSIGNED TO THE HONORABLE JOSEPH C. SPERO<br><br>**JOINT STIPULATION AND [PROPOSED] LIMITED PROTECTIVE ORDER**<br><br>Date: April 27, 2017<br>Time:  9:30 a.m.<br>Courtroom: G, 15th Floor<br>Judge: Hon. Joseph C. Spero |

**STIPULATION**

For Tam Thanh Cao, Chinh Thi Nguyen, Xia Kim Huynh, Van Minh Nguyen, Phat Van Lam and Lan Thi Nguyen (the "Plaintiffs") and individual Defendants Sen Huynh, Lieu Thi Tran, Phong Hoang Huynh, and Kevin Son Hoang Nuynh ("Individual Defendants") (collectively, the "Parties"), the Parties stipulate as follows:

1. As a prophylactic measure only and not based on the fault of any of these Parties or others, the Parties agree as follows:

   (a) None of the Plaintiffs will communicate, directly or indirectly, with the Individual Defendants concerning the claims in this lawsuit, unless their respective counsel are present or they are not represented by counsel; and

   (b) None of the Individual Defendants will communicate, directly or indirectly, with Plaintiffs concerning the claims in this lawsuit, unless their respective counsel are present or they are not represented by counsel.

IT IS SO STIPULATED.

Dated: May 4, 2017

FUTTERMAN DUPREEE DODD CROLEY MAIER LLP

/s/ *Daniel A. Croley*
    Daniel A. Croley
    Attorneys for Defendants

Dated: May 4, 2017

JUSTICE AT WORK LAW GROUP

/s/ *Huy Tran*
Tomas E. Margain
Huy Tran
Betty Duong
Attorneys for Plaintiffs

**ATTESTATION**

I, Daniel A. Croley, hereby attest that concurrence in the filing of this Joint Stipulation and [Proposed] Limited Protective Order has been obtained from all counsel with conformed signatures above.

///

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                              Honorable Joseph C. Spero
                                              United States District Court