UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAM THANH CAO, et al.,

    Plaintiffs,

v.

PHO HUYNH HIEP I, INC., et al.,

    Defendants.

Case No. 16-cv-03011-JCS

**ORDER SEALING EXHIBITS AND REQUIRING REDACTED VERSIONS**

Re: Dkt. Nos. 57-1, 57-2, 63-1, 63-2

Rule 5.2(a) of the Federal Rules of Civil Procedure prohibits filing in the public record the name of a minor child or the date of birth of any person, among other information. Exhibits A and B to Defendant Phong Hoang Huynh's declaration opposing Plaintiffs' recent motion for a protective order (dkts. 57-1, 57-2) and both exhibits to attorney Huy Tran's declaration submitted with Plaintiffs' reply (dkts. 63-1, 63-2) include information governed by Rule 5.2(a). Those exhibits are hereby SEALED.

Although the motion for a protective order is moot in light of the parties' stipulation, in order to complete the public record of this action, both parties are ORDERED to file redacted versions of those exhibits in compliance with Rule 5.2(a) no later than May 16, 2017. The parties are admonished to comply with Rule 5.2(a) in any future filings.

**IT IS SO ORDERED.**

Dated: May 9, 2017

JOSEPH C. SPERO
Chief Magistrate Judge